```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

ALVIN JOHNSON,                          :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :   CIVIL ACTION 14-0526-WS-M
                                        :
STATE OF ALABAMA, et al.,               :
                                        :
    Defendants.                         :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 18th day of February, 2015.


                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE