```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

ALVIN JOHNSON,                    :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :   CIVIL ACTION 14-0526-WS-M
                                  :
STATE OF ALABAMA, et al.,         :
                                  :
    Defendants.                   :


## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 18th day of February, 2015.

                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE